UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IGOR POPOV,

Petitioner,

v.

WARDEN OF IMPERIAL DETENTION FACILITY; CURRENT OR ACTING FIELD OFFICE DIRECTOR, San Diego Field Office, United States Immigration and Customs Enforcement; CURRENT OR ACTING FIELD OFFICE DIRECTOR, United States Immigration and Customs Enforcement; CURRENT OR ACTING SECRETARY, Unites States Department of Homeland Security; and CURRENT OR ACTING UNITED STATES ATTORNEY GENERAL,

Respondents.

Case No.: 26-cv-1174-JES-BLM

**ORDER DISMISSING MOTION TO TEMPORARY RESTRAINING ORDER**

**[ECF No. 15]**

Before the Court is *pro se* Petitioner Igor Popov's ("Petitioner") Motion for a Temporary Restraining Order. ECF No. 15 ("Mot."). The Court previously granted Petitioner's Petition for Writ of Habeas Corpus, and ordered a bond hearing. ECF No. 12. Petitioner now challenges that bond hearing. Mot. Based on the allegations in the Motion,

the Court does not find a basis for a temporary restraining order or other relief related to Petitioner's bond hearing. The Court thus **DISMISSES** the Motion.

**IT IS SO ORDERED.**

Dated: June 1, 2026

Honorable James E. Simmons Jr.
United States District Judge